FILED
 2005 Jun-02 PM 03:19
U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| GROVER STEVEN SANDers      ) | |
| ) | |
| vs.                                              ) | Case No.  6:05-cv-08031-LSC-HGD |
| ) | |
| UNITED STATES OF AMERICA    ) | |

**O R D E R**

On April 29, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. To date, neither petitioner nor the Government have filed objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the Government's motion to dismiss Sanders' § 2255 motion, solely on the basis of the appeal waiver provision in the plea agreement, is due to be and hereby is DENIED. This action is referred back to the magistrate judge for further proceedings.

Done this 2nd day of June 2005.

                                               L. SCOTT COOGLER
                                   UNITED STATES DISTRICT JUDGE

                                                  124153