FILED
2007 Mar-14 PM 03:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| GROVER STEVEN SANDERS ) | |
| ) | |
| vs. ) | Case No. 6:05-cv-08031-LSC-HGD |
| ) | |
| UNITED STATES OF AMERICA ) | |

## **O R D E R**

On January 10, 2007, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. After obtaining an extension of time, petitioner filed objections to the magistrate judge's report and recommendation on February 28, 2007.[1]

After careful consideration of the record in this case, the magistrate judge's report and recommendation and petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

---

[1] While the docket sheet shows the objections as being filed on March 5, 2007, under the "mailbox rule" enunciated in *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2397, 101 L.Ed.2d 245 (1988), the date the objections were signed and submitted by the inmate to prison authorities for mailing is the effective date of filing.

ORDERED, ADJUDGED and DECREED that the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is due to be and hereby is DENIED and this action DISMISSED.

Done this 14th day of March 2007.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153